**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6962**

RONALD L. COSNER,

    Plaintiff – Appellant,

   v.

B. DODT, Nurse Practitioner at Powhatan Medical Unit;
RONALD TONEY, Doctor and Medical Director in the P.M.U.,

    Defendants – Appellees,

   and

ARMOR CORRECTIONAL HEALTH SERVICES, INC., Corp. under
contract with V.D.O.C. to provide health services,

    Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:12-cv-01366-LMB-TRJ)

Submitted: March 10, 2016   Decided: March 15, 2016

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald L. Cosner, Appellant Pro Se. Isaac Abraham McBeth,
Edward J. McNelis, III, Rachel Lynne Procopio, RAWLS, MCNELIS &
MITCHELL, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Cosner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Cosner v. Dodt</u>, No. 1:12-cv-01366-LMB-TRJ (E.D. Va. Mar. 14 & Aug. 1, 2014; June 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>